———————o———————

No. 4263.*

(Court of Appeal, Parish of Orleans.)

## WEST END ROWING CLUB, VS. RECORDER OF MORT-GAGES, ET AL.

Appeal from Civil District Court, Division "D."

Rufus E. Foster, Plaintiff and Appellee.

Buck, Walshe & Buck, Attorneys.

W. L. Gleason for Recorder of Mortgages and Appellant.

### ON MOTION TO DISMISS.

By consent of all parties this appeal is dismissed.

MOORE, J. The appellant in this cause moves to dismiss his own appeal in which motion the appellee acquiesces: Accordingly the appeal is dismissed.